# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DAYRON T. JOHNSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 09-0830-CV-W-ODS-P |
| ) | Crim. No.05-00029-03-CR-W-ODS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER DIRECTING MOVANT TO REPLY

It is **ORDERED** that movant file his reply, if any, to respondent's response (Doc. No. 11) on or before January 19, 2010, or this case may be dismissed without further notice.

      /s/ Ortrie D. Smith
ORTRIE D. SMITH
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,
Dated:  December 15, 2009 .