IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAYRON T. JOHNSON, ) | |
| ) | |
| Movant, ) | |
| ) | Civil No. 09-00830-CV-W-ODS-P |
| v. ) | Crim. No. 05-00029-03-CR-W-ODS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME**

The United States of America, through its undersigned counsel, respectfully requests a seven-day extension of time in which to file its response in this matter. In support, the Government states the following:

1. Dayron T. Johnson, the movant, has filed a motion, pursuant to 28 U.S.C. § 2255, seeking to vacate his conviction. In that motion, Johnson raises four allegations of ineffective assistance of counsel. The Government filed a response to that motion. Johnson has since filed a motion seeking discovery, and this Court has ordered the Government to respond. The Government's response is due February 12, 2010.

2. The Government is preparing a supplemental response to Johnson's § 2255 motion and a response to his motion for discovery. However, the Government will need additional time to complete those responses. Accordingly, the Government would request an additional seven days in which to file its response.

WHEREFORE, for the foregoing reasons, the government respectfully requests a seven-day extension of time, up to an including February 19, 2010, in which to respond to Johnson's motion seeking discovery.

        Respectfully submitted,

        Beth Phillips
        United States Attorney

By   */s/ Kathleen D. Mahoney*
        Kathleen D. Mahoney
        Assistant United States Attorney

        Charles Evans Whittaker Courthouse
        400 East Ninth Street, Suite 5510
        Kansas City, Missouri 64106
        Telephone: (816) 426-3122

*Attorneys for Respondent*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered to the CM/ECF system on February 11, 2010, for delivery to all counsel of record, and mailed to:

        Dayron T. Johnson
        Reg. No. 17701-045
        McCreary - U.S. Penitentiary
        P.O. Box 3000
        Pine Knot, Kentucky 42635

        */s/ Kathleen D. Mahoney*
        Kathleen D. Mahoney
        Assistant United States Attorney