# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **DAYRON T. JOHNSON**, ) | |
| ) | |
| Movant, ) | |
| ) | Civil No. 09-00830-CV-W-ODS-P |
| v. ) | Crim. No. 05-00029-03-CR-W-ODS |
| ) | |
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

The respondent, the United States of America, respectfully states that on March 4, 2010, this Court ordered that Susan Dill to provide certain documents to the movant, Dayron T. Johnson, for his use in prosecuting a motion, pursuant to 28 U.S.C. § 2255.

On March 24, 2010, this Court ordered the Government to file a certificate of service, providing notice when the documents were mailed to defendant. On March 31, 2010, the Government received a sealed envelope from Ms. Dill, containing the documents to be provided in response to this Court's order.

This is to certify that, on March 31, 2010, the Government prepared this certificate of service, and mailed a copy of the certificate of service, and the unopened envelope, containing the documents from Ms. Dill, in response to this Court's order, to Johnson, by first class United States mail, at the following address:

Dayron T. Johnson
Reg. No. 17701-045
McCreary - U.S. Penitentiary
P.O. Box 3000
Pine Knot, Kentucky 42635

          */s/ Kathleen D. Mahoney*
          Kathleen D. Mahoney
          Assistant United States Attorney