IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAYRON T. JOHNSON, | ) |
| | ) |
| | ) JUDGMENT IN A CIVIL CASE |
| Movant, | ) |
| | ) |
| vs. | ) Case No. 09-0830-CV-W-ODS |
| | )  Crim. No. 05-00029-03-CR-W-ODS |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| Respondent. | ) |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED denying motion for postconviction relief pursuant to 28 U.S.C. §2255.**

ANN THOMPSON,
Clerk of Court

DATE: 06/02/2010                                /s/ Eva Will-Fees
                                                Eva Will-Fees, Courtroom Deputy